UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Christopher Bernard Robinson,

    Plaintiff,

Civil Case No. 18-13290

v.

Pittsfield Charter Township, *et al.*,

Sean F. Cox
United States District Court Judge

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITH PREJUDICE

On October 22, 2018, *pro se* Plaintiff Christopher Bernard Robinson ("Robinson") filed this action against Defendants.

The matter was referred to Magistrate Judge David R. Grand for all pretrial proceedings. Thereafter, Defendants filed motions to dismiss. After the motions were briefed, on May 29, 2019, the magistrate judge issued a Report and Recommendation (ECF No. 31) wherein he recommends that the Court grant the three motions to dismiss and dismiss this action with prejudice.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Accordingly, the Court hereby ADOPTS the May 29, 2019 Report and Recommendation and ORDERS that Defendants' Motions to Dismiss (ECF Nos. 16, 18 & 20) are GRANTED and this action is DISMISSED WITH PREJUDICE.

1

IT IS SO ORDERED.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: June 21, 2019